# UNITED STATES DISTRICT COURT
## Eastern District of Washington

WALDO E. WALDRON-RAMSEY,

                    Plaintiff,

                    v.

LESLIE RYDER,
(Substituted for Kenneth DuCharme),

                    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-98-131-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant against Plaintiff.

October 26, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson